# EXHIBIT C

| | |
|---|---|
| From: | foia@hq.dhs.gov |
| To: | Mary Pat Dwyer |
| Subject: | Department of Homeland Security FOIA 2022-HQFO-00284 Final Response |
| Date: | Thursday, December 9, 2021 4:39:06 PM |
| Attachments: | 2022-HQFO-00284 - Final Response .pdf |

Good Afternoon,

Attached is our final response to your request. If you need to contact this office again concerning your request, please provide the DHS reference number. This will enable us to quickly retrieve the information you are seeking and reduce our response time. This office can be reached at 866-431-0486.

Regards,

DHS Privacy Office
Disclosure & FOIA Program
STOP 0655
Department of Homeland Security
245 Murray Drive, SW
Washington, DC 20528-0655
Telephone: 1-866-431-0486 or 202-343-1743
Fax: 202-343-4011
Visit our FOIA website



**U.S. Department of Homeland Security**
Washington, D.C. 20528

*Privacy Office, Mail Stop 0655*

December 9, 2021

**SENT VIA E-MAIL TO: dwyerm@brennan.law.nyu.edu**
Mary Pat Dwyer
Brennan Center for Justice at NYU School of Law
1140 Connecticut Ave. NW, Suite 1150
Washington, DC 20036

Re: **2022-HQFO-00284**

Dear Ms. Dwyer:

This letter acknowledges receipt of your Freedom of Information Act (FOIA) request to the Department of Homeland Security (DHS), Privacy Office, dated December 7, 2021, and received in this office on December 7, 2021.  You requested documents regarding:

 1. Recordkeeping: All recordkeeping, logs, or digests reflecting the use of Voyager Labs, Logically, Inc., or ShadowDragon products or services for social media monitoring, or searches of social media for purposes including criminal investigations, situational awareness, preparation for events, monitoring of protests or other gatherings, or public safety.

2. Purchase Agreements and Orders: All records reflecting a contract or agreement to purchase, acquire, use, test, license, or evaluate any product or service developed by Voyager Labs, Logically, Inc., or ShadowDragon.

3. Use for Purposes Other Than Background Checks: All records reflecting the number of circumstances in which Voyager Labs, Logically, Inc., or ShadowDragon products or services were used to collect information about individuals from social media for purposes other than background checks for DHS employment, including regarding protest activity, as well as the number of such matters in which an individual or group was referred to prosecutors.

4. Audits: All records of, or communications regarding, audits or internal reviews of the Department's use of Voyager Labs, Logically, Inc., or ShadowDragon products or services.

5. Training Materials: All training documents pertaining to the use of Voyager Labs, Logically, Inc., or ShadowDragon products or services, including drafts, and including but not limited to PowerPoint presentations, handouts, manuals, or lectures.

6. Legal Justifications: All records reflecting final agency memoranda articulating the legal justification(s) for the use of Voyager Labs, Logically, Inc., or ShadowDragon products or services, or other social media monitoring services.

7. Information Sharing Communications: All communications with the Federal Bureau of Investigation, state or local law enforcement agencies, or fusion centers, regarding use of Voyager Labs, Logically, Inc., or ShadowDragon products or services or information obtained from those products or services. This includes, but is not limited to, communications regarding information sharing in response to protests from May 2020 through August 2020.

8. Nondisclosure Agreements: All records regarding DHS's nondisclosure or confidentiality obligations in relation to contracts or use agreements with Voyager Labs, Logically, Inc., or ShadowDragon.

9. Vendor Communications: All email communications with representatives of Voyager Labs, Logically, Inc., or ShadowDragon concerning their social media monitoring products or services, including the attachments to those emails.

10. Internal Communications: All email communications among DHS employees, officials, or contractors regarding social media monitoring products or services offered by Voyager Labs, Logically, Inc., or ShadowDragon, including the attachments to those emails.

Due to the subject matter of your request, I am transferring this request to the FOIA Officer for **Office of Intelligence & Analysis (I&A)**, for processing under the FOIA and direct response to you. Please find their contact information below:

**Office of Intelligence & Analysis (I&A)**
Create an account to avoid delays! DHS PAL
Privacy Office, Mail Stop 0655
Department of Homeland Security
2707 Martin Luther King Jr. AVE SE
Washington, DC 20528-065
Phone: 202-447-3783 | Fax: 202-612-1936 | E-mail: IAFOIA@HQ.DHS.GOV
I&A Office

If you need to contact our office again about this matter, please refer to **2022-HQFO-00284**. You may contact this office at 1-866-431-0486 or 202-343-1743.

Sincerely,

*Jimmy Wolfrey*

Jimmy Wolfrey
Senior Director, FOIA Operations and Management
(Acting)