# EXHIBIT D

| | |
|---|---|
| **From:** | palhelpdesk@hq.dhs.gov |
| **To:** | Mary Pat Dwyer |
| **Subject:** | Status Update for Request #2022-HQFO-00284 |
| **Date:** | Thursday, December 9, 2021 4:52:20 PM |

Dear Mary Pat Dwyer,

The status of your HQ FOIA request #2022-HQFO-00284 has been updated to the following status 'Closed'. To log into the Department of Homeland Security PAL click on the Application URL below.

https://foiarequest.dhs.gov/

Sincerely,

Department of Homeland Security