# EXHIBIT F

| | |
|---|---|
| **From:** | Jose Gutierrez |
| **To:** | IAFOIA@HQ.DHS.GOV |
| **Cc:** | Mary Pat Dwyer |
| **Subject:** | Request - 2022-IAFO-00037 Follow Up |
| **Date:** | Monday, January 10, 2022 1:35:00 PM |

Good Afternoon,

We noticed that the estimated delivery date for our FOIA request (2022-IAFO-00037) was on December 28, 2021. We tried to contact the FOIA officer assigned to this request through the DHS PAL portal on January 5, 2022, but have not received a response. Please update us regarding whether the estimated delivery date has been extended (and to what date), as well as whether our requests for a fee waiver and expedited processing have been approved.

Thank you and have a great day,

**José Guillermo Gutiérrez (he/him)**

Research and Program Associate, Liberty & National Security Program

Brennan Center for Justice at NYU School of Law

1140 Connecticut Ave. NW, Suite 1150

Washington, DC, 20036

Cell: (213)709-9339

Phone: (202)753-5922