# EXHIBIT H

**View Message**

**Request Number: 2022-IAFO-00037**

**Subject***

Request for a Status Update

**Message(s)***

Good morning. We would appreciate a status update for this FOIA request (2022-IAFO-00037), which has been "assigned for processing" for two months. Furthermore, we ask that the estimated delivery date for this request (February 10, 2022) be updated, given that the date passed over a month ago.

Close