# EXHIBIT J

# Azmi, Nimra

| | |
|---|---|
| **From:** | donotreply@hq.dhs.gov |
| **Sent:** | Tuesday, August 2, 2022 5:04 PM |
| **To:** | Jose Gutierrez |
| **Subject:** | Status Update for Request #2022-IAFO-00037 |

Dear Jose Gutierrez,

The status of your I&A FOIA request #2022-IAFO-00037 has been updated to the following status 'Closed'. To log into the Department of Homeland Security PAL click on the Application URL below.

https://foiarequest.dhs.gov/

Sincerely,

Department of Homeland Security

1