# EXHIBIT K

**U.S. Department of Homeland Security**
Washington, DC 20528



August 2, 2022

Jose Gutierrez
Brennan Center for Justice at NYU School of Law
1140 Connecticut Ave. NW
Suite 1150
Washington, DC 20036

Re: **DHS Appeal Number 2022-HQAP-00156**
    **FOIA Request Number 2022-IAFO-00037**

Dear Ms. Gutierrez:

The Department of Homeland Security (DHS) has received your appeal of the response by the Department of Homeland Security, Office of Intelligence and Analysis to your Freedom of Information Act (FOIA) request concerning the constructive denial of your request. On behalf of the Deputy Associate General Counsel for General Law, we acknowledge your appeal and are assigning it number **2022-HQAP-00156** for tracking purposes. Please reference this number in any future communications about your appeal.

A high number of FOIA requests have been received by the Department. Accordingly, we have adopted the court-sanctioned practice of generally handling backlogged appeals on a first-in, first-out basis.[1] While we will make every effort to process your appeal on a timely basis, there may be some delay in resolving this matter.

The status of your appeal is now available online and can be accessed at: **https://foiarequest.dhs.gov/app/CheckStatus.aspx**, by using the appeal number. Status information is updated daily. Alternatively, you can download the DHS eFOIA Mobile App, the free app is available for all Apple and Android devices. With the DHS eFOIA Mobile App, you can submit FOIA requests or check the status of requests, access all of the content on the FOIA website, and receive updates anyplace, anytime.

Should you have any questions concerning the processing of your appeal, please contact me at Eric.Neuschaefer@hq.dhs.gov.

Sincerely,

Eric A. Neuschaefer
Senior Director, Litigation, Appeals, and Policy

---

[1] Appeals of expedited treatment denials will be handled on an expedited basis.