# EXHIBIT M

**Message from the Department of Homeland Security through the DHS Public Access Link (PAL) portal from August 3, 2022**



**Brennan Center's response to the Department of Homeland Security's message through the DHS PAL portal, sent on August 3, 2022.**



