# EXHIBIT N

| | |
|---|---|
| **From:** | palhelpdesk@hq.dhs.gov |
| **To:** | Mary Pat Dwyer |
| **Subject:** | Request Acknowledgement by Department of Homeland Security |
| **Date:** | Tuesday, December 7, 2021 4:12:16 PM |

Dear Mary Pat Dwyer,

Request Number 2022-ICFO-02964 has been assigned to the request you submitted. In all future correspondence regarding this request please reference request number 2022-ICFO-02964.

Regards,

Department of Homeland Security