# EXHIBIT O

| | |
|---|---|
| **From:** | Jose Gutierrez |
| **To:** | ICE-FOIA@dhs.gov |
| **Cc:** | Mary Pat Dwyer |
| **Subject:** | FOIA Request 2022-ICFO-02964 Follow Up |
| **Date:** | Wednesday, January 12, 2022 9:41:00 AM |

Good morning,

We noticed that the estimated delivery date for our FOIA request (2022-ICFO-02964) was on January 11, 2022, and the DHS PAL portal indicates this request has not been assigned for processing yet. Please update us regarding whether the estimated delivery date has been extended (and to what date), as well as whether our requests for a fee waiver and expedited processing have been approved.

Thank you and have a great day,

**José Guillermo Gutiérrez (he/him)**

Research and Program Associate, Liberty & National Security Program

Brennan Center for Justice at NYU School of Law

1140 Connecticut Ave. NW, Suite 1150

Washington, DC, 20036

Cell: (213)709-9339

Phone: (202)753-5922