# EXHIBIT Q

Message sent by the Brennan Center to ICE through the DHS PAL portal on March 14, 2022

