# EXHIBIT S

# Request Number 2022-ICAP-00591

Status request for

**View Message**

Request Number: 2022-ICAP-00591

Subject*

Status request for 2022-ICAP-00591

Message(s)*

Good afternoon,
I am reaching out to ask for a status update on our FOIA Appeal to Immigration and Customs Enforcement. The DHS PAL portal indicates that this appeal is estimated to be completed on May 22, 2022, and we have not received correspondence from ICE regarding the appeal.

Close

