# EXHIBIT T

**Azmi, Nimra**

| | |
|---|---|
| **From:** | donotreply@hq.dhs.gov |
| **Sent:** | Thursday, June 2, 2022 11:51 AM |
| **To:** | Jose Gutierrez |
| **Subject:** | Status Update for Request #2022-ICAP-00591 |

Dear Jose Gutierrez,

The status of your ICE Appeals request #2022-ICAP-00591 has been updated to the following status 'In Process'. To log into the Department of Homeland Security PAL click on the Application URL below.

https://foiarequest.dhs.gov/

Sincerely,

Department of Homeland Security