# EXHIBIT U

| | |
|---|---|
| **From:** | donotreply@hq.dhs.gov |
| **To:** | Jose Gutierrez |
| **Subject:** | Status Update for Request #2022-ICFO-02964 |
| **Date:** | Tuesday, July 12, 2022 8:55:39 AM |

Dear Jose Gutierrez,

The status of your ICE FOIA request #2022-ICFO-02964 has been updated to the following status 'Closed'. To log into the Department of Homeland Security PAL click on the Application URL below.

https://foiarequest.dhs.gov/

Sincerely,

Department of Homeland Security