UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| BRENNAN CENTER FOR JUSTICE AT NEW YORK UNIVERSITY SCHOOL OF LAW<br><br>Plaintiff,<br><br>- against -<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY and U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>Defendants. | Case No. 1:22-cv-07038-CM<br><br>**BRENNAN CENTER FOR JUSTICE AT NEW YORK UNIVERSITY SCHOOL OF LAW'S CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Brennan Center for Justice at New York University School of Law states that it is a corporation that has no parent and that no publicly-traded corporation owns 10 percent or more of its stock.

Dated: New York, New York
September 16, 2022

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

By: /s/ Nimra H. Azmi

Nimra H. Azmi
1251 Avenue of the Americas, 21st Floor
New York, NY  10020-1104
(212) 402-4072
nimraazmi@dwt.com

Thomas R. Burke (*pro hac vice* forthcoming)
505 Montgomery Street
San Francisco, CA 94111-6533
(415) 276-6552
(415) 276-6599
thomasburke@dwt.com

*Attorneys for Brennan Center for Justice at New York University School of Law*