AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| Brennan Center for Justice at the New York University School of Law<br>*Plaintiff*<br>v.<br>U.S. Department of Homeland Security and U.S. Immigration and Customs Enforcement<br>*Defendant* | )<br>)<br>)  Case No.  22 Civ. 7038 (CM)<br>)<br>) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

defendants.

Date: 10/12/2022

s/ Anthony J. Sun
*Attorney's signature*

Anthony J. Sun (SDNY No. AS2782)
*Printed name and bar number*

United States Attorney's Office, SDNY
86 Chambers Street, 3rd Floor
New York, NY 10007
*Address*

anthony.sun@usdoj.gov
*E-mail address*

(212) 637-2810
*Telephone number*

(212) 637-2786
*FAX number*