UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

BRENNAN CENTER FOR JUSTICE AT NEW         :
YORK UNIVERSITY SCHOOL OF LAW,
                                          :    1:22-cv-07038-CM
                Plaintiff,
                                          :    ECF CASE

                                          :
        -against-
                                          :

                                          :
U.S. DEPARTMENT OF HOMELAND
SECURITY and U.S. IMMIGRATION AND         :
CUSTOMS ENFORCEMENT,
                                          :
                Defendants.
                                          :

------------------------------------ x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/30/2025

## ~~PROPOSED~~ ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

In accordance with Local Civil Rule 1.4, and upon consideration of the Motion to

Withdraw as counsel, Jesse Feitel is hereby withdrawn as counsel for Plaintiff Brennan Center

For Justice at New York University School of Law.

**SO ORDERED:**

_____
U.S. District Court Judge

4/30/2025